# ELECTRONIC RECORD

1331-14

COA # 12-13-00190-CR          OFFENSE: 22.021

STYLE: Donald Miller Ball v. The State of Texas          COUNTY: Angelina

COA DISPOSITION: DISMISSED-WANT OF JURISDICTION          TRIAL COURT: 217th District Court

DATE: 08/20/2014          Publish: NO          TC CASE #: 2012-0434

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Donald Miller Ball v. The State of Texas

CCA #: 1331-14

_APPELLANT'S_ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_REFUSED_

JUDGE: _____

DATE: 02/04/2015

SIGNED: _____          PC: _____

JUDGE: _Per Cur___

PUBLISH: _____          DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD